**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7655**

———————————

UNITED STATES OF AMERICA,

                  Plaintiff - Appellee,

    versus

MIGUEL SALGADO ROMAN,

                  Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, District Judge. (CR-97-149, CA-98-1734-4-22)

———————————

Submitted: February 23, 1999      Decided: May 25, 1999

———————————

Before WIDENER, WILKINS, and NIEMEYER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Miguel Salgado Roman, Appellant Pro Se. Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Miguel Roman seeks to appeal the district court's judgment and order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Roman, Nos. CR-97-149; CA-98-1734-4-22 (D.S.C. Sept. 24, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2